DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOSE FLORES-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | 2:11-cr-00142-KJM |
| Plaintiff,   ) | |
| ) | **STIPULATION AND ORDER** |
| v.   ) | |
| ) | DATE: May 12, 2011 |
| JOSE FLORES-GARCIA,   ) | TIME: 10:00 a.m. |
| ) | JUDGE: Hon. Kimberly J. Mueller |
| Defendant.   ) | |
| ) | |
| _____   ) | |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, JOSE FLORES-GARCIA, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, May 12, 2011, be rescheduled to Thursday, May 19, 2011, at 10:00 a.m..

The parties are working toward a resolution of the matter, but need additional time to complete that process.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 19, 2011,

1  pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to
2  prepare] (Local Code T4).
3
4  DATED: April 28, 2011          Respectfully submitted,
5                                 DANIEL J. BRODERICK
                                   Federal Defender
6
                                   /S/ Benjamin Galloway
7                                  BENJAMIN GALLOWAY
                                   Assistant Federal Defender
8                                  Attorney for Defendant
                                   JOSE FLORES-GARCIA
9
10
    DATED: April 28, 2011          BENJAMIN B. WAGNER
11                                 United States Attorney
12                                 /s/ Benjamin Galloway for
                                   MICHELE BECKWITH
13                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
14
15
16
17                           **O R D E R**
18    **IT IS SO ORDERED.**  Time is excluded from today's date through and
19  including May 19, 2011, in the interests of justice pursuant to 18
20  U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code
21  T4.
22  DATED:  April 29, 2011.
23                                 _____
                                   UNITED STATES DISTRICT JUDGE
24
25
26
27
28

2